# SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3059 direct
bmurphy@sheppardmullin.com

January 4, 2022

**VIA ECF & EMAIL**

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Lantigua v. Professional Disposables International, Inc.*
      Case No. 21-CV-4541

Dear Judge Cronan:

We represent Defendant Professional Disposables International, Inc. ("PDI") in the above-referenced matter.  We write jointly with Counsel to Plaintiff to request an adjournment of the teleconference scheduled for January 6, 2022 at 10:00 AM.  *See* ECF No. 25.  The reason for the request is that I am unable to attend due to a scheduling conflict.  This is the Parties' first request for an adjournment of this date.

The Parties have conferred and are each available at a time convenient for the Court on either January 21 or January 22.  Should the Court require additional availability, please let us know.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Brian D. Murphy

Brian D. Murphy
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:   All Counsel of Record
SMRH:4834-3172-8114.1

---

This request is granted.  The court adjourns the teleconference scheduled for January 6, 2022 at 10:00 a.m. until January 21, 2022 at 11:30 a.m.  The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 26.

SO ORDERED.
Date: January 5, 2022
      New York, New York

JOHN P. CRONAN
United States District Judge