# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

**January 28, 2022**

**Via ECF**

Hon. John P. Cronan, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom 12-D
New York, NY 10007

<u>Re: Vasquez Lantigua v. Professional Disposables International, Inc.</u>
Case No. 21-CV-04541 (JPC)(DCF)
Motion for Extension of Time

Dear Judge Cronan:

My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the January 28, 2022 deadline for the parties to file a stipulation of dismissal. This request is being made because we have not yet received the settlement checks – Defendant has indicated that the checks were mailed out and we should have them shortly. Once the checks are received and cleared, we will promptly file the stipulation.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense counsel via ECF**

> The extension request is granted. By February 14, 2022, the parties shall either file a stipulation of dismissal or status letter by that date if a stipulation of dismissal is not filed.
>
> SO ORDERED.
>
> Date: January 30, 2022
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

1